IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TY W. DUSCH,
Reg. #10530-025                                                                           PETITIONER

v.                          Case No. 2:15-cv-00079-KGB

C.V. RIVERA, Warden, Forrest City Low,
Federal Correctional Complex                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

So adjudged this 27th day of April, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE